# United States District Court
## Violation Notice

**CVB Location Code:** WY4

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FARG007V | Watkins | 2602 |

FARG007V

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/28/2025 15:16
**Offense Charged:** FED 36 CFR 261.54D
**Place of Offense:** McCoy Creek Road

**Offense Description: Factual Basis for Charge**
36 CFR 261.54D - VIOLATE LIMITATIONS

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| HOVEY | NATHAN | M |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex  M ☐  F ☐
Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:** 1FT8W3BM4RED17959   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 12-879B | WY | 2024 | FORD/F 350 SUPER | ☐ | GRY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 150.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT  $ 180.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FARG007V

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     05/28/2025     while exercising my duties as a law enforcement officer in the                 District of     WY

Pursuant to 16USC 551: On Wednesday, May 28th, 2025, I Law Enforcement Officer William Salgado Watkins of the United States Department of Agriculture, Forest Service, Law Enforcement & Investigations was working my scheduled shift within the Palisades Ranger District of the Caribou-Targhee National Forest, in Lincoln County, and in the Federal District of Wyoming. I was operating a marked Law Enforcement vehicle & attired in a Law Enforcement uniform. I was working alongside Supervisory Law Enforcement Officer Rayce Angell while participating in the Field Training & Evaluation Program (FTEP) as a Trainee.

While driving on Forest Service Road 087, I observed an adult male driving a Ford pickup truck with a tender aged child hanging outside of the driver's side window. The young female child was not restrained. Concerned for the child's safety, I quickly turned around and notified the Teton Interagency Dispatch Center that I would be conducting a traffic stop. I activated my emergency lights/sirens, but the male driver failed to stop. The male driver continued driving onto private property. Instead of stopping, he opened his enclosed garage that is attached to his house and drove inside. I yelled at him to keep the garage open. He disregarded my lawful command and began closing the garage door. He yelled I didn't invite you to my property.

Supervisory Law Enforcement Officer Angell was able to prevent the garage door from closing by placing his foot in front of the garage door sensor to prevent the male suspect from fleeing inside his house. As the garage door opened, I told the suspect that he was detained and instructed him to not enter the house. I ordered him to step out of the garage, yet he refused to do so. He claimed that Forest Service Road 087 is a private road. I informed him that it is a Forest Service Road, and I told him that I need his Driver's License. He replied "no". He then told us "to get the fuck out". In an attempt to de-escalate the situation Supervisory Law Enforcement Officer Angell explained the reason we stopped him & offered to show him on a map that it's a Forest Service Road. The male then replied "stop! I know more about this that you do".

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     05/28/2025        *W. Salgado Watkins*
                Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____

                Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident